UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 21-07844-SK                          Date: November 23, 2021

Title        Cody Nute v. PerkinElmer, Inc. et al

Present: The Honorable:  Steve Kim, United States Magistrate Judge

|  Connie Chung  |  CS 11/23/21  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

|  Attorneys Present for Plaintiff(s):  |  Attorneys Present for Defendant(s):  |
|---|---|
|  Douglas Hoang  |  Jamie Pollaci  |

**Proceedings:  SCHEDULING CONFERENCE**

Case called. Counsel state their appearances for the record. Court and counsel confer regarding the status of the case. The Court sets dates and deadlines. The parties are directed to select an available Magistrate Judge for settlement purposes and file a joint notice with details. If the parties are unable to find an available Magistrate Judge, they may reach out to the Courtroom Deputy Clerk for further guidance. A separate Scheduling Order will be issued forthwith.

|  | 00:15 |
|---|---|
| **Initials of Preparer** | CC |