SEYFARTH SHAW LLP
Jamie C. Pollaci (SBN 244659)
jpollaci@seyfarth.com
Sumithra R. Roberts (SBN 256078)
sroberts@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
SPHERION STAFFING, LLC

K2 EMPLOYMENT LAW, LLP
Douglas H. Hoang (SBN 193412)
dhoang@k2employmentlaw.com
Matthew T. Kramer (SBN 255465)
mkramer@k2employmentlaw.com
11751 Zelzah Avenue
Granada Hills, California 91344
Telephone: (800) 590-7674

Attorneys for Plaintiff
CODY NUTE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY NUTE, individually,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PERKINELMER, INC., a MASSACHUSETTS corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:21-cv-07844 SK<br><br>**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**<br><br>Complaint Filed:　May 7, 2021<br>Trial Date:　　　None Set |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff CODY NUTE and defendant SPHERION STAFFING, LLC (collectively, the "Parties"), by and through their counsel, stipulate and agree that the above-captioned case, designated Case No. 2:21-cv-7844 SK, be dismissed in its entirety and that all claims asserted in the action be dismissed with prejudice.

DATED: March 29, 2022          K2 EMPLOYMENT LAW, LLP

By: /s/ Douglas H. Hoang
Douglas H. Hoang
Attorneys for Plaintiff
CODY NUTE

DATED: March 17, 2022          SEYFARTH SHAW LLP

By: _____
Jamie C. Pollaci
Sumithra R. Roberts
Attorneys for Defendant
SPHERION STAFFING, LLC

2

JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)(1)(A)(II)

**ATTESTATION REGARDING SIGNATURES**

I, Douglas H. Hoang, attest, pursuant to L.R. 5-4.3.4(a)(2)(i), that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 29, 2022

By: _____
　　　Douglas H. Hoang

**PROOF OF SERVICE**
*Cody Nute v. PERKINELMER, INC.*
Case No. 2:21−cv−7844 SK

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Los Angeles in the office of a member of the bar of this court at whose direction the service was made. My business address is 11751 Zelzah Ave Granada Hills, CA 91344.

On March 29, 2022, I served the following document(s):

**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)(1)(A)(II)**

by placing ☐ (the original) ☐ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 29, 2022, at San Diego, California.

_____
Dania Nunziante

4

JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)(1)(A)(II)

## SERVICE LIST

SEYFARTH SHAW LLP
Jamie C. Pollaci (SBN 244659)
jpollaci@seyfarth.com
Sumithra R. Roberts (SBN 256078)
sroberts@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Denise Wasko-Peña  DWasko@seyfarth.com
**ATTORNEYS FOR DEFENDANT SPHERION STAFFING, LLC**