UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

Case No.  CV 21-07844-SK                                           Date: March 30, 2022

Title  Cody Nute v. Perkin Elmer, Inc. et al

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER DISMISSING ACTION WITH PREJUDICE**

    Based upon the stipulation of the parties, the Court hereby ORDERS that this action be dismissed in its entirety and that all claims asserted in the action be dismissed with prejudice.